IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROL G LOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:13CV5007 |
| | ) | |
| V. | ) | |
| | ) | |
| ZACHARY P SHEPHERD, and MARCIE R DOAK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This case arises out of a motor vehicle accident which occurred on or about September 21, 2009. Plaintiff filed this suit against Defendant Zachary Shepherd on August 8, 2013, alleging that Mr. Shepherd acted negligently and caused the accident in question. Mr. Shepherd has now moved the Court for appointment of counsel. (Filing 18.)

A civil litigant does not have a constitutional or statutory right to a court-appointed attorney. However, the court may make such an appointment at its discretion, taking into account the factual and legal complexity of the case. *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). Having reviewed the matter, the Court finds that appointment of counsel is not warranted at this time. The Court may, however, reconsider this ruling at a later point in this litigation should it appear that appointment of counsel is necessary.

**IT IS SO ORDERED.**

**DATED December 31, 2013.**

                **BY THE COURT:**

                **S/ F.A. Gossett**
                **United States Magistrate Judge**