IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROL G. LOMAN, | ) | Case No. 7:13CV5007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ZACHARY P. SHEPHERD and | ) | |
| MARCIE R. DOAK, | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Jeffrey H. Jacobsen, counsel for defendants,

**IT IS ORDERED:**

1.  On or before **November 25, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The pretrial conference set for June 12, 2015, is cancelled upon the representation that this case is settled.

Dated: September 26, 2014.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge