IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL G. LOMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY P. SHEPHERD and<br>MARCIE R. DOAK,<br><br>　　　　　　Defendants. | 7:13CV5007<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Motion and Joint Stipulation for Dismissal with Prejudice (Filing No. 39). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice, and the parties will pay their own costs. Accordingly,

**IT IS ORDERED:**

1. The Parties' Motion and Joint Stipulation for Dismissal with Prejudice (Filing No. 39) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The parties will pay their own costs.

Dated this 16th day of December, 2014

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge